# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MAURICE NELSON and CHRISTI MARSHALL, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | No. 17-cv-7697 |
| | Hon. John Z. Lee |
| PACE SUBURBAN BUS, MARGARET MURRY, in her individual capacity and in her official capacity of Division Manager of Pace Suburban Bus - Heritage Division, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on **September 13, 2018**, he served a true and correct copy of **Defendant's Amended Response to Plaintiffs' First Set of Document Requests** and **Defendant's Amended Answers to Plaintiffs' First Set of Interrogatories**, by emailing a copy to the parties listed below at their respective email addresses; and caused this Certificate of Service to be filed electronically through the CM/ECF system which will send notification of such filing to the attorney(s) listed below:

| | |
|---|---|
| J. Bryan Wood<br>Ryan O. Estes<br>THE WOOD LAW OFFICE, LLC<br>303 W. Madison St., Ste. 2650<br>Chicago, Illinois 60606<br>bryan@jbryanwoodlaw.com<br>restes@jbryanwoodlaw.com | Quinton Osborne<br>Osborne Employment Law LLC<br>799 Roosevelt Road, Suite 3-201<br>Glen Ellyn, IL 60137<br>Quinton@OsborneEmploymentLaw.com |

/s/ *Margaret Kostopulos*
Margaret Kostopulos /ARDC # 6188284
One of the attorneys for Defendants
ANCEL, GLINK, DIAMOND, BUSH,
DICIANNI & KRAFTHEFER, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, Illinois 60603
Telephone: (312) 782-7606
Facsimile: (312) 782-0943
E-Mail: mkostopulos@ancelglink.com

4817-7423-9858, v. 1