# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Maurice Nelson, et al.

                           Plaintiff,

v.                                                  Case No.: 1:17−cv−07697
                                                          Honorable Robert W. Gettleman

Pace Suburban Bus, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 19, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendants' unopposed motion for an extension of time to file their reply supporting defendants' summary judgment motion [199] is granted. Defendants' reply due 10/7/2022. The court will issue its ruling via CM/ECF. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.