# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MAURICE NELSON AND CHRISTI MARSHALL,<br><br>        Plaintiffs,<br><br>    v.<br><br>PACE SUBURBAN BUS AND MARGARET MURRY, in her individual capacity and her official capacity of Division Manager of Pace Suburban Bus – Heritage Division,<br><br>        Defendants. | No. 17-cv-7697<br><br>Judge Harry D. Leinenweber |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(ii), hereby stipulate to the dismissal of this action without prejudice which will automatically convert to dismissal with prejudice on December 2, 2023, unless a party moves to have the lawsuit reinstated solely on grounds that any settlement check agreed upon by the parties has not been delivered, or cannot be cashed due to insufficient funds. Each party will bear their own fees and costs in connection with the lawsuit.

| | |
|---|---|
| MAURICE NELSON and<br>CHRISTI MARSHALL<br><br>By: /s/ J. Bryan Wood<br>J. Bryan Wood (ARDC # 6270845)<br>bryan@jbryanwoodlaw.com<br>The Wood Law Office, LLC<br>303 W. Madison St., Suite 2650<br>Chicago, IL 60606<br>Office: 312-554-8600 | PACE SUBURBAN BUS and<br>MARGARET MURRY<br><br>By: /s/ David L. Weinstein<br>David L. Weinstein (ARDC No. 312558)<br>dweinstein@taftlaw.com<br>Rachel L. Schaller (ARDC No. 6306129)<br>rschaller@taftlaw.com<br>Benjamin S. Morrell (TBPR No. 035480)<br>BMorrell@taftlaw.com<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 E. Wacker Dr., Suite 2800<br>Chicago, IL 60601 |

By: /s/ Quinton Osborne
Quinton Osborne
quinton@osborneemploymentlaw.com
Osborne Employment Law
799 Roosevelt Road, Suite 3-201
Glen Ellyn, IL 60137
(331) 702-1538 Phone

October 18, 2023